# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **ODDEY DARRON MOORE BUSTILLO,** *Petitioner*, v. Warden **STACEY N. STONE,** *Respondent.* | **CIVIL ACTION NO. 5:22-cv-00263-TES-CHW** |

## ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 4] to dismiss Petitioner's habeas petition [Doc. 1] for lack of jurisdiction and deny Petitioner's Motion for Federal Time Credit Pursuant to First Step Act [Doc. 2]. Petitioner has not filed an objection or sought an extension of time to file an objection within the 14-day period outlined in the magistrate judge's Recommendation. [Doc. 4 at p. 4]. Thus, the Court reviews the Recommendation for clear error. 28 U.S.C. § 636(b)(1).

Having considered the Recommendation, the Court finds no clear enumeration of error and agrees with the findings and conclusions of the United States Magistrate Judge. Therefore, the Court **ADOPTS** the United States Magistrate Judge's Recommendation [Doc. 4] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** Petitioner's Petition for

Writ of Habeas Corpus [Doc. 1] and **DENIES** Petitioner's Motion for Federal Time Credit Pursuant to First Step Act [Doc. 2].

    **SO ORDERED**, this 18th day of August, 2022.

                                        S/ Tilman E. Self, III
                                        **TILMAN E. SELF, III, JUDGE**
                                        **UNITED STATES DISTRICT COURT**