IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ODDEY DARRON MOORE BUSTILLO,     *

           Petitioner,     *

v.     Case No.  5:22-cv-00263-TES-CHW

    *

WARDEN STACEY N STONE,

    *

           Respondent.

    *

## J U D G M E N T

Pursuant to this Court's Order dated August 18, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 19th day of August, 2022.

           David W. Bunt, Clerk

           s/ Tydra Miller, Deputy Clerk